```
                                          ___FILED     ___ENTERED
                                          ___LODGED    ___RECEIVED
```

IN THE UNITED STATES DISTRICT COURT     OCT - 8 2015
FOR THE DISTRICT OF MARYLAND

                                                                 AT BALTIMORE
                                                   CLERK U.S. DISTRICT COURT
                                       BY      DISTRICT OF MARYLAND
                                                                                  DEPUTY

UNITED STATES OF AMERICA     \*

v.                                       \*     Criminal No. WMN-96-458

WARREN HILL                         \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

After a jury found Mr. Hill guilty of Conspiracy to Murder and Kidnap in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(5), Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1), Attempted Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(1), and Conspiracy to Distribute Heroin and Cocaine in violation of 18 U.S.C. § 846, he was sentenced to a term of life imprisonment. On February 9, 2015, Mr. Hill filed a "Motion for Modification of an Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2)," ECF No. 1216, premised on the retroactive applicability of Amendment 782 to the United States Sentencing Guidelines. The Government opposed Mr. Hill's motion, noting that, for sentencing purposes, the crimes of which Mr. Hill was convicted were split into three groups for offense level computation and for each group, the offense level as set at 43 pursuant to U.S.S.G. § 2A1.1. Because Amendment 782 only had the effect of lowering guideline ranges established pursuant to U.S.S.G. § 2D1.1 (for offenses

involving drugs), the Amendment is inapplicable to Mr. Hill's sentence. Mr. Hill was given 30 days in which to respond to the Government's Opposition, but did not do so.

Upon a finding that Mr. Hill is ineligible for a sentence reduction, IT IS this 8th day of October, 2015, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendant's Motion for Modification of an Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 1216, is DENIED; and

(2) That the Clerk of the Court shall transmit a copy of this Order to Defendant and all counsel of record.

                                                /s/
                              William M. Nickerson
                              Senior United States District Judge